UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORA SIMS,

Plaintiff(s),

v.

WAL-MART STORES EAST, LP,

Defendant(s).

Case No. 26-cv-12073

Honorable Robert J. White

**STIPULATED SUBSTITUTION OF ATTORNEY**

THIS MATTER having come before the Court upon stipulation of counsel, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Mark E. Sisson (P75250) of the Mark Sisson Law Firm, 30200 Telegraph Road, Suite 102, Bingham Farms, Michigan 48025, (248) 829 – 3088, msisson@marksissonlaw.com shall be substituted as attorney for Plaintiff ORA SIMS, in the place and stead of Matthew Boehringer.

**IT IS FURTHER ORDERED** that the substitution shall not affect any previously scheduled dates in this case.

**IT IS SO ORDERED.**

***This is not a final order and does not close the case.***

SO ORDERED.

Dated: August 24, 2026

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

*/s/ Mark E. Sisson*
Mark E. Sisson (P75250)

*/s/ Matthew Boehringer (consent)*
Matthew Boehringer (P79332)

*/s/ Mohammad B. Sheikh (consent)*
MOHAMMAD B. SHEIKH (P82819)